UNITED STATES DISTRICT COURT   **JUDGE BATTS**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

       - v. -

STEVEN REGINALD,

            Defendant.

INDICTMENT

07 Cr. \_\_\_\_

**07 CRIM   3 4 9**

- - - - - - - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

From in or about June 1996, through on or about March 28, 2007, in the Southern District of New York and elsewhere, STEVEN REGINALD, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about August, 20, 1993, in Queens County Supreme Court, for robbery in the second degree in violation of New York State Penal Law Section 160.10, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

    (Title 8, United States Code, Sections 1326(a) and (b)(2).)

_Grace Lamacchia-Vasco_            _Michael J. Garcia_
FOREPERSON                           MICHAEL J. GARCIA
                                        United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

STEVEN REGINALD

Defendant.

INDICTMENT

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

Post IH-87
4/25/07
Filed Ind.
Ellis, J