

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: May 31, 2007

**U.S. Department of Justice**

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 29, 2006

Honorable Deborah A. Batts (By HAND)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:  United States v. Steven Reginald
          07 Cr. 349 (DAB)

Dear Judge Batts:

    The Government respectfully requests that the initial pre-trial conference scheduled for May 29, 2007, at 10:30 a.m., be rescheduled to June 18, 2007, at 10:30 a.m. The Government also requests that time be excluded, in order to allow the parties to discuss a possible resolution of the case, and to allow the defendant to review discovery, until June 18, 2007, under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. I have spoken with Mr. Darmin Bachu, Esq., counsel for Mr. Reginald, and he consents to the rescheduling of the pre-trial conference, as well as to the exclusion of time under the Speedy Trial Act until June 18, 2007.

DAB/
GRANTED
5/29/07

Respectfully yours,

MICHAEL J. GARCIA
United States Attorney

**SO ORDERED**

Deborah A. Batts
UNITED STATES DISTRICT JUDGE

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:  Darmin T. Bachu
     Bachu & Associates
     127-21 Liberty Avenue
     South Richmond Hill, NY 11419
     Phone: (718)-843-6464
     Fax:   (718)-843-2192



RECEIVED
MAY 29 2007
CHAMBERS OF
DEBORAH A. BATTS
U.S.D.J.

MEMO ENDORSED