

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 26, 2007

Honorable Deborah A. Batts (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:   United States v. Steven Reginald
         07 Cr. 349 (DAB)

Dear Judge Batts:

    The Government, on behalf of both parties, respectfully requests that the Court schedule a pre-trial conference for November 6, 2007, at 10:30 a.m. The Government also requests that time be excluded, in order to allow the parties to discuss a possible resolution of the case, and to allow the defendant to review discovery, until November 6, 2007, under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. I have spoken with Mr. Darmin Bachu, Esq., counsel for Mr. Reginald, and he consents to the exclusion of time under the Speedy Trial Act until November 6, 2007.

*[Handwritten annotations: /DAB/ GRANTED 9/26/07 (×2); In the interests of justice time is excluded between 9/25/2007 and 11/26/2007]*

                           Respectfully yours,

                           MICHAEL J. GARCIA
                         United States Attorney

        By: *[signature]*
                         RANDALL W. JACKSON
                         Assistant United States Attorney
                         Tel: (212) 637-1029
                         Fax: (212) 637-2937

cc:   Darmin T. Bachu
      Bachu & Associates
      127-21 Liberty Avenue
      South Richmond Hill, NY 11419
      Phone: (718)-843-6464
      Fax:   (718)-843-2192

**SO ORDERED**

*Deborah A. Batts* [signature]

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

*[Side stamps: MEMO ENDORSED]*