U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
EL...
DOC #:
DATE FILED: Feb 4, 2008

MEMO ENDORSED

February 1, 2008

Honorable Deborah A. Batts (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:  United States v. Steven Reginald
         07 Cr. 349 (DAB)

Dear Judge Batts:

    The Government has been advised that due to the unavailability of defense counsel, the Court has rescheduled the January 31, 2008 pre-trial conference for February 19, 2008, at 11:00 a.m. The Government requests that time be excluded, in the interests of justice, until February 19, 2008, under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. I have spoken with Mr. Darmin Bachu, Esq., counsel for Mr. Reginald, and he consents to the exclusion of time.

*DAB/ GRANTED 02/01/08*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc: Darmin T. Bachu
    Bachu & Associates

SO ORDERED
/s/ Deborah A. Batts
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

127-21 Liberty Avenue
South Richmond Hill, NY 11419
Phone:(718)-843-6464
Fax: (718)-843-2192