# THE LAW OFFICES OF
# BACHU & ASSOCIATES

**QUEENS OFFICE**
127-21 Liberty Avenue
Suite 201
Richmond Hill, NY 11419

Tel: (718) 843-6466
Fax: (718) 843-2192
E-Mail: info@BachuLaw.com

Darmin T. Bachu

Anthony J. Colleluori
Ken Yilmaz



May 28, 2008

United States District Court Judge Deborah A. Batts
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**Ref: Steven Reginald**
**07-cr-00349-DAB**

Hon. Judge Batts:

    This letter is a request, with the consent of the attorney for the U.S. Attorney's Office, Randall Wade Jackson, to adjourn the date set for the sentencing in the above case from, June 2, 2008 to June 16, 2008 or a date thereafter convenient to the Court. This is the first request and extension. The reason for the request is that defendant pre-sentencing report has not been completed.

    Thank you very much

*[handwritten endorsement:] In the interests of justice, time from 06/02/08 until 06/16/08 is excluded from Speedy Trial Act calculations.*

Sincerely,

Darmin Bachu, Esq.
Attorney for the Defendant

cc: Randall Wade Jackson Esq
    U.S. Attorney's Office

*[handwritten:] /DAB/ Granted 05/30/08*

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE