```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

            - against -                      07 Cr. 349 (DAB)
                                                  ORDER
STEVEN REGINALD,

                    Defendant.
----------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

     On February 19, 2008 Defendant Steven Reginald pleaded guilty in the above-captioned matter. The date for sentencing was previously set for June 2, 2008. The Court adjourned that date <u>sine die</u> in order to afford the Parties an opportunity to submit pre-sentencing arguments and information to the Court.

     The schedule for submitting pre-sentencing arguments and information shall be as follows: if any arguments are to be made, they should be fully submitted to Chambers by July 14, 2008 at 4:00 PM. Thus, the Party initiating any information or arguments should get them to the other side and the Court by 4:00 PM on July 7, 2008. Failure to comply with this submissions schedule will be deemed a waiver of any arguments or information at the time of sentencing.

     Further, even if the Parties completely concur with the recommendations of the Probation Office's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect submitted to Chambers.

SO ORDERED.

Dated:   New York, New York
           June 23, 2008

                                              DEBORAH A. BATTS
                                         United States District Judge

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: June 24, 2008]